Same case below, 628 F.3d 1010.

Same case below, 389 Fed. Appx. 594.

**No. 10-9344. Larry L. Stuler, Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1837, 179 L. Ed. 2d 791, 2011 U.S. LEXIS 2710.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 396 Fed. Appx. 798.

**No. 10-9347. James Kelly, Jr., Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1837, 179 L. Ed. 2d 791, 2011 U.S. LEXIS 2636.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 403 Fed. Appx. 722.

**No. 10-9348. Charceil Davis Kellam, Petitioner v. United States.**

563 U.S. 928, 131 S. Ct. 1838, 179 L. Ed. 2d 791, 2011 U.S. LEXIS 2726.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 815.

**No. 10-9349. Robert M. Levine, Petitioner v. P. Philip Gutierrez, Warden.**

563 U.S. 928, 131 S. Ct. 1838, 179 L. Ed. 2d 791, 2011 U.S. LEXIS 2725.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9353. William Dale Newhoff, Jr., Petitioner v. United States.**

563 U.S. 928, 131 S. Ct. 1838, 179 L. Ed. 2d 791, 2011 U.S. LEXIS 2816.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 627 F.3d 1163.

**No. 10-9355. Anthony E. Montgomery, Petitioner v. United States.**

563 U.S. 928, 131 S. Ct. 1838, 179 L. Ed. 2d 791, 2011 U.S. LEXIS 2762.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 403 Fed. Appx. 674.

**No. 10-9357. Axel J. Colon-Perez, Petitioner v. United States.**

563 U.S. 928, 131 S. Ct. 1838, 179 L. Ed. 2d 791, 2011 U.S. LEXIS 2776.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.